UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

EDWARD J. JABLONSKI,

    Plaintiff,

v.                                                Case No:   2:15-cv-365-FtM-38CM

THE TRAVELERS COMPANIES,
INC.,

    Defendant.
_____

## ORDER

Before the Court is Defendant, The Travelers Companies, Inc.'s, Motion for Enlargement of Time (Doc. 13), filed on August 3, 2015. Defendant seeks a 30-day extension to complete the Case Management Report. Doc. 13 at 2. Defendant also requests that the parties be permitted to conduct the Case Management Conference telephonically. Plaintiff has no objection to the requested relief. Doc. 13 at 3. For the reasons set for below, Defendant's motion is granted.

Defendant brought to the Court's attention that the Court inadvertently provided the Case Management Report for Patent Cases, and this is an insurance fraud case. Doc. 13. Accordingly, the Court will provide the parties with the appropriate Case Management Report form and allow the parties and additional 30 days to complete the form.

Defendant also requests that the Court permit the parties to conduct the Case Management Conference telephonically because Plaintiff is located in Punta Gorda, Florida, and Defendant is located in Fort Lauderdale, Florida. Doc. 13 at 2. The use

of telephonic hearings and conferences is generally encouraged. M.D. Fla. R. 3.01(i). Further, Local Rule 9.01(b) provides that it is "the purpose of the Court, through adoption and implementation of [Local Rule 9.01], to provide for an alternative mechanism for the resolution of civil disputes . . . with resultant savings in time and costs to the litigants and to the Court. . . ." M.D. Fla. R. 9.01(b). For good cause shown and because the motion is unopposed, the parties are permitted to conduct the Case Management Conference telephonically.

ACCORDINGLY, it is hereby

**ORDERED:**

1. Defendant, The Travelers Companies, Inc.'s, Motion for Enlargement of Time (Doc. 13) is **GRANTED**. The parties shall have up to and including September 8, 2015 to complete the Case Management Report.

2. The parties are permitted to conduct the Case Management Conference telephonically.

3. The Clerk is directed to issue appropriate Case Management Report for this case.

**DONE** and **ORDERED** in Fort Myers, Florida on this 6th day of August, 2015.

*[Signature]*
CAROL MIRANDO
United States Magistrate Judge

Copies:
Counsel of record