## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## FORT MYERS DIVISION

EDWARD J. JABLONSKI,

       Plaintiff,

v.                                 Case No:  2:15-cv-365-FtM-38CM

THE TRAVELERS COMPANIES,
INC.,

       Defendant.

_____

## <u>ORDER</u>

Before the Court is Plaintiff's Motion for Extension of Time (Doc. 38), filed on November 24, 2015.   Plaintiff requests a 30-day extension of time to hire an attorney to file an amended complaint.   Doc. 38 at 1.   The Court notes that the motion does not include a certification pursuant to Local Rule 3.01(g) that Plaintiff conferred with opposing counsel in good faith prior to filing the motion.

Local Rule 3.01(g) requires that each motion filed in a civil case, with certain enumerated exceptions not at issue here, contain a statement "stating whether counsel agree on the resolution of the motion."   Here, Plaintiff fails to include a certification in his motion that he has conferred with opposing counsel and whether opposing counsel agrees to the requested relief.   Accordingly, the Court will deny without prejudice Plaintiff's motion for failure to comply with the local rules.

Additionally, the Court reminds Plaintiff that before preparing any further pleadings, Plaintiff is encouraged to visit the "Proceeding Without a Lawyer" section of this Court's website at www.flmd.uscourts.gov. The website includes tips,

frequently asked questions, sample forms, and a "Guide for Proceeding Without a Lawyer."   Plaintiff is informed that if he chooses to proceed *pro se*, it is mandatory that he proceed in accordance with Federal and Local Rules.   *Loren v Sasser*, 309 F.3d 1296, 1304 (11th Cir. 2002) (noting that despite certain leniency afforded *pro se* parties, they must follow procedures).

ACCORDINGLY, it is hereby

**ORDERED:**

Plaintiff's Motion for Extension of Time (Doc. 38) is **DENIED without prejudice**.   Plaintiff is permitted to refile his Motion for Extension of Time in compliance with the local rules of this Court.

**DONE** and **ORDERED** in Fort Myers, Florida on this 30th day of November, 2015.

CAROL MIRANDO
United States Magistrate Judge

Copies:
Counsel of record