UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

EDWARD J. JABLONSKI,

    Plaintiff,

v.   Case No: 2:15-cv-365-FtM-38CM

THE TRAVELERS COMPANIES, INC.,

    Defendant.

## ORDER

This matter comes before the Court upon review of Plaintiff's Motion for Appointment of Counsel (Doc. 99) filed on October 26, 2016 and Motion to Strike the Court's Order (Doc. 100) filed on November 7, 2016.  Plaintiff seeks (1) the appointment of counsel and (2) to strike the Order (Doc. 90) entered on September 15, 2016 and to reopen this matter.  Plaintiff does not show any legal basis to support his motions.  Docs. 99, 100.

On June 14, 2016, United States District Judge Sheri Polster Chappell granted Defendant's motion to dismiss and directed the Clerk of Court to terminate all pending motions and deadlines and to close the file.  Doc. 76 at 5.  On June 15, 2016, the Clerk of Court entered judgment.  Doc. 77.  Plaintiff attempted to reopen this matter, which Judge Chappell denied on July 12, 2016 and September 15, 2016.  Docs. 82, 90.  In light of Judge Chappell's Orders, Plaintiff's motions are denied as moot.

- 2 -

ACCORDINGLY, it is hereby

**ORDERED:**

1.   Plaintiff's Motion for Appointment of Counsel (Doc. 99) is **DENIED as moot**.

2.   Plaintiff's Motion to Strike the Court's Order (Doc. 100) is **DENIED as moot**.

**DONE** and **ORDERED** in Fort Myers, Florida on this 14th day of November, 2016.

CAROL MIRANDO
United States Magistrate Judge

Copies:
Counsel of record